

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ANITA S. HEADS, | |
|     Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:02-cv-2329-JOF |
| CRAWFORD & COMPANY, INC., | |
|     Defendant. | |

## J U D G M E N T

This action having come before the court, J. Owen Forrester, United States District Judge, for consideration of the magistrate's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that this action be and the same hereby is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 4(m).

Dated at Atlanta, Georgia this 5th day of May, 2003.

                                        LUTHER D. THOMAS
                                        CLERK OF COURT

                             By: _____
                                             Andrea Gee, Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   May 6, 2003
Luther D. Thomas
Clerk of Court

By: _____
     Deputy Clerk

7